**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**STONEWATER ADOLESCENT
RECOVERY CENTER**                                                    **PLAINTIFFS**

**V.**                                                                          **NO. 3:19CV231-M-P**

**LAFAYETTE COUNTY BOARD OF
SUPERVISERS,**                                                          **DEFENDANTS**

<u>**ORDER**</u>

The above styled and numbered cause was assigned to United States District Judge

Michael P. Mills on October 24, 2019.    Judge Mills, on his own motion, hereby **RECUSES**

himself from this cause.

It is hereby **ORDERED** that the Clerk of the Court is directed to transfer and re-assign

this cause to another United States District Judge.

This the 25th day of November, 2019.


                                                            **/s/ MICHAEL P. MILLS**
                                                            **UNITED STATES DISTRICT JUDGE**
                                                            **NORTHERN DISTRICT OF MISSISSIPPI**