IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

STONEWATER ADOLESCENT RECOVERY CENTER                     PLAINTIFF

v.                                              CIVIL ACTION NO. 3:19-cv-00231-GHD-RP

LAFAYETTE COUNTY, MISSISSIPPI                              DEFENDANT

## ORDER

Pursuant to an opinion issued this day, it is hereby ORDERED that this matter be STAYED pursuant to the abstention doctrine promulgated by the United States Supreme Court in *Colorado River Water Conservation District v. United States*, 424 U.S. 800 (1976). This matter is therefore STAYED pending the resolution of the Plaintiff's related state court appeal, which is pending in the Circuit Court of Lafayette County as Civil Action No. L19-351. The parties shall notify this Court within fourteen days of the resolution of the state court matter.

SO ORDERED, this 9th day of April, 2020.

_____
SENIOR U.S. DISTRICT JUDGE