IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

STONEWATER ADOLESCENT RECOVERY CENTER                                    PLAINTIFF

v.                                                          CIVIL ACTION NO. 3:19-cv-00231-GHD-RP

LAFAYETTE COUNTY, MISSISSIPPI                                            DEFENDANT

## ORDER LIFTING STAY

The Court has been reliably informed by counsel that the state court in the parallel state

proceeding has entered a ruling that concluded that litigation but did not address the Plaintiff's

federal claims.[1] Accordingly, the Court hereby LIFTS the stay of proceedings that was entered by

the Court on April 9, 2020 [31]; further, the Court hereby REFERS all pre-trial scheduling and

non-dispositive motions to the Magistrate Judge assigned to this matter.

SO ORDERED, this 23rd day of September, 2020.

_____
SENIOR U.S. DISTRICT JUDGE

---

[1]     The parallel action was pending in the Circuit Court of Lafayette County as Civil Action No. L19-351.