IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

STONEWATER ADOLESCENT RECOVERY CENTER     PLAINTIFF

V.     CIVIL ACTION NO. 3:19-cv-00231-GHD-RP

LAFAYETTE COUNTY BOARD OF SUPERVISORS     DEFENDANT

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) the Defendant's motion for summary judgment [Doc. No. 54] is GRANTED;

(2) the Plaintiff's claims are DISMISSED WITH PREJUDICE; and

(3) this case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this, the 27th day of July, 2021.

_____
SENIOR U.S. DISTRICT JUDGE